

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

*Richard C. Schoenstein, Partner*
212.216.1120
rschoenstein@tarterkrinsky.com

December 30, 2016

*Via ECF*

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    *Donoghue v. Zivo BioScience, Inc., et al.,*
            *No. 15-cv-05618-PAC*

Dear Judge Crotty:

    We represent Defendant HEP Investments LLC ("HEP") in the above-referenced matter. On December 6, 2016, the Court granted HEP's request, made with Plaintiff's consent, to extend the completion date for fact discovery in this matter from December 20, 2016 to January 20, 2017 (Doc. No. 41).  On that same date, the Court also extended the deadline for expert discovery to March 6, 2017 and adjourned the Pretrial Conference to February 1, 2017.

    The parties have exchanged a significant amount of documentation, as well as began settlement negotiations and, at this point, feel it would be beneficial to seek the help of a Magistrate Judge with regard to settling the case.  Consequently I write on behalf of all parties to jointly request that the this matter be referred for settlement purposes to Magistrate Judge Frank Maas, who was so designated in this matter on July 20, 2015, with the hopes of conferencing with him as soon as possible in the New Year.

    I have shared a draft of this letter with counsel for Plaintiff.  They consent to its filing and concur in its requests.

                                                          Respectfully submitted,

                                                          Richard C. Schoenstein

cc:    David Lopez, Esq.
        Miriam D. Tauber, Esq.