```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: January 18, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Deborah Donoghue,

                  Plaintiff,

   -against-

HEP Investments LLC,

                  Defendant.
-------------------------------------------------------------------X

**15 Civ. 05618 (PAC)**
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

       The Court having been advised that the parties have reached a settlement, it is,

       ORDERED, that the above-entitled action be and hereby is dismissed, without prejudice and costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.  The Court will sign a Stipulation and Order of Settlement upon receipt from either party.  In the event the parties require more than the 30 days to finalize the settlement, either party shall file a letter motion on ECF requesting such relief.  Any application for an extension or to reopen must be filed within 30 days of this Order; any application for an extension or to reopen filed thereafter may be denied solely on that basis.  The Clerk of Court is directed to terminate this case.

Dated:  New York, New York
         January 18, 2017

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge